**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ONALD GILLIAM**                                                                              **PLAINTIFF**
**#127597**

**v.**                                          **Case No. 4:24-cv-00835-KGB**

**MARTIN, Nurse, Varner Unit,** *et al.*                                          **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 5). Plaintiff Onald Gilliam has not filed any objections to the Recommendation, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Gilliam's complaint for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge