**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ONALD GILLIAM**                                                                **PLAINTIFF**
**#127597**

**v.**                                        **Case No. 4:24-cv-00835-KGB**

**MARTIN, Nurse, Varner Unit,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Onald Gilliam's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal in this action would not be taken in good faith.

It is so adjudged this 10th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge